AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LaMothe, Louise A. | Central District of California | 06/20/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part Time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

United States District Court
Federal Building
1415 State Street, Room 202
Santa Barbara, CA 93101-2511

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Louise A. LaMothe - A Professional Corporation: Salary | $195,500.00 |
| 2. | 2017 | Louise A. LaMothe, A Professional Corporation: 401K Excess deferral | $462.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | California State Teachers' Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LPL FINANCIAL 7168 (LAL) | | | | | | | | | |
| 2. -Allianzgi Short Duration High Income CL P (ASHPX) | E | Dividend | N | T | | | | | |
| 3. -Angel Oak Multi Strategy Income INSTL CL (ANGIX) | D | Dividend | M | T | | | | | |
| 4. -Eaton Vance National Mun Income CL 1 (EIHMX) | D | Dividend | M | T | | | | | |
| 5. -Federated Strategic Value Dividend INSTL CL (SVAIX) | D | Dividend | M | T | | | | | |
| 6. -Federated Strategic Value Dividend INSTL CL (SVAIX) (Partial) | D | Dividend | | | Sold (part) | 10/25/17 | J | A | |
| 7. -Harbor Cap Apprec INSTL CL (HACAX) | A | Dividend | M | T | | | | | |
| 8. -Harbor Cap Apprec INSTL CL (HACAX) (Partial) | D | Dividend | | | Sold (part) | 10/25/17 | K | D | |
| 9. -JP Morgan Mortgage Backed Securities CL I (OMBIX) | D | Dividend | N | T | | | | | |
| 10. -Maingate MLP (IMLPX) | C | Dividend | L | T | | | | | |
| 11. -Main Stay Epoch Global Equity YIELD CL I (EPSYX) | C | Dividend | M | T | | | | | |
| 12. -Main Stay Epoch Global Equity YIELD CL I (EPSYX) (Partial) | A | Dividend | | | Sold (part) | 10/25/17 | J | B | |
| 13. -MFS Value (MEIIX) | B | Dividend | M | T | | | | | |
| 14. -MFS Value (MEIIX) (Partial) | B | Dividend | | | Sold (part) | 10/25/17 | J | B | |
| 15. -Pimco Investment Grade Corp Bond CL P (PBDPX) | D | Dividend | N | R | | | | | |
| 16. -Pimco Investment Grade Corp Bond CL P (PBDPX) | D | Dividend | | | Sold | 10/25/17 | J | A | |
| 17. -Royce Dividend Value Investment CL (RDVIX) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Royce Dividend Value Investment CL (RDVIX) (Partial) | B | Dividend | | | Sold (part) | 10/25/17 | J | B | |
| 19. -Vanguard Intermediate Term Treasury Admiral CL (VFIUX) | C | Dividend | M | T | | | | | |
| 20. -Wells Fargo Diversified Income Bldr Instl CL (EKSYX) (Partial) | C | Dividend | | | Sold | 10/25/17 | J | A | |
| 21. -Wells Fargo Diversified Income Bldr Admin CL (EKSDX) | A | Dividend | | | Merged (with line 20) | 2017 | J | A | |
| 22. | | | | | | | | | |
| 23. WELLS FARGO 5002 (LAL) | | | | | | | | | |
| 24. -Ambridge Boro PA MUN AUTH SWR | A | Interest | J | T | | | | | |
| 25. -Antelope VLY CA UN HIGH SCH DIST | A | Interest | J | T | | | | | |
| 26. -Bakersfield CA Wastewater REV SER | A | Interest | | | Sold | 09/15/17 | K | A | |
| 27. -Banning CA UTIL AUTH WTR Enterprise REV RFDG | A | Interest | K | T | | | | | |
| 28. -Bellwood IL RFDG SER B G/O UNLTD | A | Interest | K | T | Buy | 08/17/17 | K | | |
| 29. -Burbank CA REDEV AGY SUCCESSOR AGY TAX ALLOCA | A | Interest | J | T | | | | | |
| 30. -Columbus OH G/O RFDG B/E SER 2 | A | Interest | J | T | | | | | |
| 31. -Dodge City KS TEMP NTS | A | Interest | K | T | Buy | 10/03/17 | K | | |
| 32. -Eastern Mun Wtr Dis CA | A | Interest | J | T | | | | | |
| 33. -Eugene OR Elec Util Rev RFDG B/E | A | Interest | K | T | | | | | |
| 34. -Fort Bend TX MUN UTIL DIST NO 137 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Golden West SCHS Fing CA REF Beverly Hills UNI | A | Interest | K | T | | | | | |
| 36. -Hawthorne CA CTF PARTN Refinancing Proj. | A | Interest | K | T | | | | | |
| 37. -Henry & Whiteside CNTYS IL CMNTY UNIT SCHL DIST | A | Interest | K | T | | | | | |
| 38. -Highland CA REDEV AGY | A | Interest | K | T | | | | | |
| 39. -Los Angeles CA Dpt Arpts Sub LA Intl Arpt | A | Interest | K | T | | | | | |
| 40. -Montclair CA Pub FING Auth LSE | A | Interest | J | T | | | | | |
| 41. -New York State MTG AGY HMOWNR MTG | A | Interest | J | T | | | | | |
| 42. -Rialto CA REDEV Agy Successor AGY Tax | A | Interest | J | T | | | | | |
| 43. -San Francisco CA City & Cnty Arpts Commn Ntl | A | Interest | | | Matured | 05/01/17 | J | A | |
| 44. -Tennessee HSG DEV AGY | A | Interest | K | T | Buy | 11/09/17 | K | | |
| 45. -University CA REVS LTD Proj SER E | A | Interest | J | T | | | | | |
| 46. -University Tex Unv RVS REF SYS | A | Interest | | | Matured | 08/15/17 | K | A | |
| 47. -Val Verde CA SCH DIST | A | Interest | K | T | | | | | |
| 48. -Ventura CNTY CA Cmnty College Dist | A | Interest | K | T | | | | | |
| 49. -Washington CA UNI SCH DIST Fresno CNTY | A | Interest | J | T | | | | | |
| 50. -Watsonville CA REDEV AGY Sucessor AGY | A | Interest | J | T | | | | | |
| 51. -Western Placer CA UNI SCH DIST ELECTION 2016 | A | Interest | K | T | Buy | 05/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Whittier CA REDEV SUCCESSOR AGY TAX ALLOC | A | Interest | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. WELLS FARGO 3545 (LAL) | | | | | | | | | |
| 55. -Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 56. -Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | |
| 57. -American International Group Inc (AIGWS) | | | J | T | | | | | |
| 58. -Automatic Data Processing (ADP) | A | Dividend | J | T | | | | | |
| 59. -CDK Global Holdings LLC (CDK) | A | Dividend | J | T | | | | | |
| 60. -Colgate Palmolive Co (CL) | A | Dividend | J | T | | | | | |
| 61. -Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 62. -General Electric Company | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 63. -General Mills Inc (GIS) | A | Dividend | J | T | | | | | |
| 64. -Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 65. -Kohls Corp (KSS) | A | Dividend | J | T | | | | | |
| 66. -McDonald's Corp (MCD) | A | Dividend | J | T | | | | | |
| 67. -Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 68. -Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 70. -Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |
| 71. -Walgreens Boots Alliance Inc (WBA) | A | Dividend | J | T | | | | | |
| 72. -Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 73. -Wells Fargo & Co New (WFC) | A | Dividend | K | T | | | | | |
| 74. | | | | | | | | | |
| 75. WELLS FARGO 3480 (LAL) | | | | | | | | | |
| 76. -General Elec Cap Corp Medium Term Notes CPN 5.400% | A | Interest | | | Matured | 02/15/17 | J | A | |
| 77. -Goldman Sachs Group Inc Notes CPN 5.950% | A | Interest | | | Sold | 08/02/17 | J | A | |
| 78. -Jackson National Life Ins - Annuity (Contract 10060099) | | None | | | Sold | 10/05/17 | N | F | |
| 79. -Jackson National Life Ins - Annuity (Contract 1006093546) | | None | | | Sold | 09/28/17 | N | G | |
| 80. | | | | | | | | | |
| 81. LPL FINANCIAL 9907 (LAL) | | | | | | | | | |
| 82. -Capital Income Builder CL F2 | C | Dividend | L | T | | | | | |
| 83. -Capital Income Builder CL F2 (Partial) | C | Dividend | | | Sold (part) | 09/08/17 | M | D | |
| 84. -New World CL F2 | A | Dividend | M | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LPL FINANCIAL 8747 (LAL) | | | | | | | | | |
| 87. -FS Investment Corp III | D | Dividend | M | T | | | | | |
| 88. | | | | | | | | | |
| 89. COMPUTERSHARE TRUST CO (LAL) (Transfer agent for Spar Group, Inc.) | | | | | | | | | |
| 90. -Spar Group Inc | | | | | Sold | 11/29/17 | J | A | |
| 91. | | | | | | | | | |
| 92. WELLS FARGO 0204 (DK) | | | | | | | | | |
| 93. -Capital Income Bldr FD CL C CIBCX (140193301) | A | Interest | J | T | | | | | |
| 94. -GE Capital Internotes Medium Term Notes | A | Interest | J | T | | | | | |
| 95. -Goldman Sachs Group Notes Medium Term Notes | A | Interest | K | T | | | | | |
| 96. -Pacific Life Ins Co Pacific Journey Select Var Annuity | | None | M | T | | | | | |
| 97. | | | | | | | | | |
| 98. LPL Financial 2201 (DK) | | | | | | | | | |
| 99. -Abbott Laboratories (ABT) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 100. -Abbvie Inc (ABBV) | A | Dividend | | | Sold | 07/06/17 | J | C | |
| 101. -Air Products & Chemicals Inc (APD) | A | Dividend | | | Sold | 07/06/17 | J | C | |
| 102. -American Funds CL F2 (AMBFX) | A | Dividend | | | Sold | 07/06/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Automatic Data Processing Inc (ADP) | A | Dividend | | | Sold | 07/06/17 | J | D | |
| 104. -American Funds CL F1 (BALFX) | A | Dividend | | | Merged (with line 102) | 2017 | J | A | |
| 105. -American Global Growth (GGPCX) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 106. -American Global Growth CL F2 (PGWFX) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 107. -Capital Income Bldr CL F2 (CAIFX) | A | Dividend | | | Sold | 07/06/17 | K | A | |
| 108. -CDK Global Inc (CDK) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 109. -Cohen & Steers Real Estate SECS (CSCIX) | A | Dividend | | | Sold | 07/06/17 | K | B | |
| 110. -Conoco Phillips (COP) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 111. -Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 112. -Costco Wholesale Corp (COST) (Partial) | A | Dividend | | | Sold (part) | 07/06/17 | K | D | |
| 113. -Federated Strategic Value Divident INSTL CL (SVAIX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 114. -GE Capital Internotes (36966TCU4) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 115. -GE Capital Internotes (36966TBY7) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 116. -GE Capital Internotes (36966TCK6) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 117. -GE Capital Internotes (36966TC23) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 118. -General Mills Inc (GIS) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 119. -Goldman Sachs Group Notes Inc Medium Term Note (38141ET90) | A | Interest | | | Sold | 07/07/17 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -HCP Inc (HCP) | A | Dividend | | | Sold | 07/06/17 | K | D | |
| 121. -HSBC Bank USA (40434ANX3) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 122. -John Hancock Life Signature Notes (41013HAZ3) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 123. -Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 07/06/17 | J | D | |
| 124. -Kellogg Company (K) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 125. -Los Angeles Cnty CA Redev Tax Alloc RFDG (54465AAS1) | A | Interest | | | Sold | 07/06/17 | J | A | |
| 126. -Madera Cnty CA Brd ED (55646DAG0) | A | Interest | | | Sold | 07/06/17 | K | A | |
| 127. -Paychex Inc (PAYX) | A | Dividend | | | Sold | 07/06/17 | J | C | |
| 128. -Phillips 66 (PSX) | A | Dividend | | | Sold | 07/06/17 | J | C | |
| 129. -Proctor & Gamble Co PG (PG) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 130. -Quality Care Properties Inc (QCP) | A | Interest | | | Sold | 07/06/17 | J | A | |
| 131. -Target Corp (TGT) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 132. -United Parcel Service Inc CL B (UPS) | A | Dividend | | | Sold | 07/06/17 | J | C | |
| 133. -Vanguard Intermediate Term Treasury Admiral CL (VFIUX) | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 134. -Vanguard Intermediate Term Treasury Admiral CL (VFIUX) | A | Dividend | | | Sold | 11/20/17 | K | A | |
| 135. -Versum Materials Inc (VSM) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 136. -Wells Fargo & Co Medium Term Sr Note (94986RPW5) | A | Interest | | | Sold | 10/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Wells Fargo & Co Medium Term Note (94986RBZ3) | A | Interest | | | Sold | 07/07/17 | J | B | |
| 138. -Wells Fargo & Co Medium Term Note (94986RUQ2) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 139. -Wells Fargo Bank NA Domestic ETF (94986TWW9) | A | Interest | | | Sold | 07/07/17 | J | A | |
| 140. -Wells Fargo Bank NA S&P 500 (94986TRV1) | A | Interest | | | Sold | 07/06/17 | J | A | |
| 141. -Wisdom Tree Emerging ET Markets (DEM) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 142. -Wisdom Tree Intl Mid Cap DIV ETF (DIM) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 143. -Wisdom Tree Intl Small Cap Dividend (DLS) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 144. -Wisdom Tree US Large Cap Div ETF (DLN) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 145. -Wisdom Tree Midcap Div ETF (DON) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 146. -Wisdom Tree US Mid Cap Earnings ETF (EZM) | A | Dividend | | | Sold | 07/06/17 | J | B | |
| 147. -Wisdom Tree US Small Cap Div ETF (DES) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 148. | | | | | | | | | |
| 149. WELLS FARGO 9281 (DK) | | | | | | | | | |
| 150. -Aflac Inc (AFL) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 151. -Allianzgi Short Duration High Income CL P (ASHPX) | B | Dividend | L | T | Buy | 07/06/17 | J | | |
| 152. -Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 153. -Angel Oak Multi Strategy Income INSTL CL (ANGIX) | A | Dividend | K | T | Buy | 07/07/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Angel Oak Multi Strategy Income INSTL CL (ANGIX) (Partial) | A | Dividend | | | Sold (part) | 10/25/17 | J | | |
| 155.  -AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 156.  -AT&T Inc (T) (Partial) | A | Dividend | | | Sold (part) | 07/19/17 | J | A | |
| 157.  -Berkshire Hathaway Inc. DE CL B NEW (BRK/B) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 158.  -Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 159.  -Dollar General Corp New (DG) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 160.  -Eaton Vance National Mun Income CL 1 (EIHMX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 161.  -Eli Lilli & Company (LLY) | A | Dividend | J | T | | | | | |
| 162.  -Eli Lilli & Company (LLY) (Partial) | A | Dividend | | | Sold (part) | 07/19/17 | J | C | |
| 163.  -Eversource Energy (ES) | A | Dividend | | | Sold | 07/19/17 | J | C | |
| 164.  -Federated Strategic Value Divident INSTL CL (SVAIX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 165.  -Goldman Sachs Group Inc Medium Term Note (38141ET90) | A | Interest | J | T | | | | | |
| 166.  -Harbor Cap Apprec Instl CL (HACAX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 167.  -Harbor Cap Apprec Instl CL (HACAX) (Partial) | A | Dividend | | | Sold (part) | 10/25/17 | J | A | |
| 168.  -Ishares China Large Cap ETF (FXI) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 169.  -JPMorgan Mortgate Backed Securities CL 1 (AMBIX) | B | Dividend | L | T | Buy | 07/06/17 | J | | |
| 170.  -Kimberly Clark Corp (KMB) | A | Dividend | J | T | Buy | 07/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Maingate MLP CL 1 (IMLPX) | A | Dividend | J | T | | | | | |
| 172. -Maingate MLP CL 1 (IMLPX) (Partial) | A | Dividend | | | Sold (part) | 11/20/17 | K | A | |
| 173. -Mainstay Epoch Global Equity Yield CL 1 (APSYX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 174. -MFS Value CL 1 (MEIIX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 175. -Microsoft Corp (ASFT) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 176. -Nestle S A SPNSD ADR REPSTING REG SHS (NSRGY) | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 177. -Oppenheimer Steelpath MLP Select 40 CL Y (MLPTX) | A | Dividend | K | T | Buy | 11/20/17 | J | | |
| 178. -Pimco Investement Grde Corp Bond CL P (PBDPX) | A | Dividend | M | T | Buy | 07/07/17 | J | | |
| 179. -Royce Dividend Value Investment CL (RDVIX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 180. -Scana Corp New (SCG) | A | Dividend | | | Sold | 07/19/17 | J | B | |
| 181. -Sysco Corporation (SYY) | A | Dividend | J | T | | | | | |
| 182. -Sysco Corporation (SYY) (Partial) | A | Dividend | | | Sold (part) | 07/19/17 | J | A | |
| 183. -Wells Fargo 6.5 Yr MLN | A | Interest | J | T | | | | | |
| 184. -Wells Fargo Diversified Income Builder INSTL CL (EKSYX) | A | Dividend | K | T | Buy | 07/06/17 | J | | |
| 185. -Wells Fargo Diversified Income Builder INSTL CL (EKSYX) | A | Dividend | | | Sold | 10/25/17 | K | A | |
| 186. | | | | | | | | | |
| 187. TIAA | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -TIAA Annuity Contracts (TIAA Traditional) | A | Interest | K | T | | | | | |
| 189. -CREF Annuity Contracts (CREF Stock R3) | D | Interest | | | Merged (with line 188) | 2017 | J | A | |
| 190. | | | | | | | | | |
| 191. TROWE PRICE | | | | | | | | | |
| 192. -TROWE PRICE IRA (Global Tech) (2785965471--6) | B | Dividend | K | T | | | | | |
| 193. -TROWE PRICE IRA (Spectrum Growth) | A | Dividend | | | Merged (with line 188) | 2017 | J | A | |
| 194. | | | | | | | | | |
| 195. CHARLES SCHWAB 9314 (DK) | | | | | | | | | |
| 196. -Buffalo Flexible Income Fund (BUFBX) | A | Dividend | | | Sold | 10/18/17 | J | A | |
| 197. -Parnassus Core Equity Investor CL (PRBLX) | A | Dividend | | | Sold | 10/18/17 | J | A | |
| 198. -Schwab US Div Equity ETF (SCHD) | A | Dividend | | | Sold | 10/18/17 | J | C | |
| 199. | | | | | | | | | |
| 200. CHARLES SCHWAB 0109 (LAL) | | | | | | | | | |
| 201. -Alphabet Inc (GOOG) | A | Dividend | J | T | | | | | |
| 202. -Alphabet, Inc. (GOOGL) | A | Dividend | J | T | | | | | |
| 203. -Amazon.com Inc (AMZN) | B | Dividend | K | T | | | | | |
| 204. -Costco Wholesale Co (COST) | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Ford Motor Company (F) | A | Dividend | J | T | | | | | |
| 206. -Matthews Pacific Tiger (MAPTX) | C | Dividend | K | T | | | | | |
| 207. -Parnassus Core EQTY FD (PRBLY) | D | Dividend | K | T | | | | | |
| 208. -Qualcomm Inc (QCOM) | D | Dividend | J | T | | | | | |
| 209. -Salesforce Com (SRM) | | None | J | T | | | | | |
| 210. -Tesla Motors Inc (TSLA) | | None | L | T | | | | | |
| 211. | | | | | | | | | |
| 212. Charles Schwab Bank Checking Account 4108 | A | Interest | M | T | | | | | |
| 213. Citibank Checking Account | A | Interest | J | T | | | | | |
| 214. City National Bank Chkg #1 (Trust 1990) | A | Interest | | | Closed | 2017 | J | A | |
| 215. City National Bank Chkg #2 (Trust 1997) | A | Interest | J | T | | | | | |
| 216. City National Bank Chkg #3 (Trust) | A | Interest | J | T | | | | | |
| 217. Crown Classic Chkg Acct (DK) | A | Interest | J | T | | | | | |
| 218. Crown Classic Chkg Acct #2 (Joint) | A | Interest | J | T | | | | | |
| 219. John Hancock Whole Life | C | Dividend | M | T | | | | | |
| 220. Northwestern Mutual Life Ins Policy (Whole life) | C | Dividend | M | T | | | | | |
| 221. USAA (Savings Acct) (DK) | A | Interest | | | Sold | 12/12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 06/20/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louise A. LaMothe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544